UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GENERAL DRIVERS, WAREHOUSEMEN
AND HELPERS LOCAL UNION NO. 89                                        PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:14-CV-00524-CRS

CLARIANT CORPORATION                                                  DEFENDANT

### MEMORANDUM OPINION

Plaintiff's complaint sought to compel Defendant to arbitrate certain grievances. This Court, however, granted Defendant's motion for summary judgment on Plaintiff's claim to compel arbitration. Order, ECF No. 39. In granting that motion, the Court found that the parties had settled the relevant grievances and arbitration was not required under the parties' collective bargaining agreement.

Plaintiff now asks this Court to reconsider its ruling under Fed. R. Civ. P. 59(e), 60(b)(1), or 60(b)(6) on the grounds that the Defendant has not complied with the settlement agreement. The Court has found the existence of a settlement agreement. Whether the parties live up to that settlement is another matter, and is not the proper subject of a motion to reconsider.

Plaintiff's motion to amend or alter judgment or in the alternative for relief from final judgment pursuant to Fed. R. Civ. P. 60(b) will be denied.

A separate order will be entered in accordance with this opinion.

December 11, 2015

Charles R. Simpson III, Senior Judge
United States District Court